**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JEROME MERAZ**                                                                    **PLAINTIFF**
**ADC #113295**

**v.**                                   **No. 2:24-cv-00048-LPR-PSH**

**DEXTER PAYNE, et al.**                                                        **DEFENDANTS**

<u>**ORDER**</u>

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 39).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 33) is DENIED.  Plaintiff may proceed with his free exercise of religion claims.

IT IS SO ORDERED this 13th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court acknowledges the following portion of Plaintiff's Response to the Motion for Summary Judgment: "I may not have named all 4 Defendants and on that bas[is] I'll agree [to] dismiss Chaplin [sic] Medders and Warden Budnik. But keep Dexter Payne and Joshua Mayfield and let's proceed." Doc. 37 at 2.  The Court does not read that statement as suggesting Plaintiff wants to dismiss Medders and Budnik or that Plaintiff concedes the propriety of their dismissal. Instead, the Court reads that statement as simply suggesting Plaintiff would not object to the dismissal of Medders and Budnik if it was ordered by the Court.  That's the right read in context.